UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Andrew M. Duoss,
April M. Duoss,
aka April Wade,
aka Kristen Duoss,
aka April Calhoun,

    Debtors.
_____

CHAPTER 13 CASE
CASE NO. 13-44171

ORDER

**ORDER GRANTING RELIEF FROM STAY**

    This case is before the court on the motion of U.S. Bank National Association for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

    Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

    IT IS ORDERED:

    1.  The motion for relief from stay is granted as follows.

    2.  The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

        Lot 1, Block 1, Huckleberry Hideaway, Sherburne County, Minnesota and commonly known as 19925 226th Ave NW, Big Lake, Minnesota 55309

    3.  Notwithstanding Fed.R.Bankr.P. 4001(a)(3), this order is effective immediately.

Dated: January 7, 2016

/s/ Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 01/07/2016
Lori Vosejpka, Clerk, by LH